UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:11-CR-00142-PMP-CWH |
| vs. | ) | **ORDER** |
| CHRISTOPHER NELSON, | ) | |
| Defendant. | ) | |

On September 27, 2011, the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered a Report and Recommendations (Doc. #34) recommending that Defendant Nelson's Motion to Suppress Evidence for Fourth Amendment Violation (Doc. #27) be granted with regard to the evidence seized as a result of the traffic stop and search and seizure that occurred on November 12, 2010.

Plaintiff United States has failed to file timely objections to Magistrate Judge Hoffman's Report and Recommendation. As a result, Plaintiff United States consents to the granting of Defendant Nelson's Motion to Suppress Evidence based upon the Report and Recommendation of the Magistrate Judge. Additionally, a *de novo* review of the proceedings before the Magistrate Judge shows that Defendant Nelson is entitled to the relief requested on the merits.

///

///

///

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Hoffman (Doc. #34) is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Defendant Nelson's Motion to Suppress Evidence for Fourth Amendment Violation (Doc. #27) is **GRANTED** in regard to the evidence seized as a result of the traffic stop and search and seizure that occurred on November 12, 2010.

DATED: October 17, 2011.

PHILIP M. PRO
United States District Judge